IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN P. MCQUIRTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 2:07-cv-00234-MEF-WC |
| ) | |
| CITY OF MONTGOMERY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF DISCOVERY

COMES NOW, the Defendant City of Montgomery and gives notice that on this 25th day of May, 2007 the following discovery was served upon counsel for the Plaintiffs:

1. Defendant's Response to Plaintiff's First Set of Interrogatories and Request for Production of Documents.

2. Defendant's Response to Plaintiff's Request for Admission of Facts to Defendant City of Montgomery, Alabama.

Respectfully submitted, this 25th day of May, 2007.

/s/ Kimberly O. Fehl
Kimberly O Fehl (FEH001)

**OF COUNSEL:**
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that foregoing has been served upon the following by electronic filing or by U. S. Mail, postage prepaid on this 25th day of May, 2007:

>Jerry M. Blevins, Esq.
>Law Office of Jerry M. Blevins
>Hillwood Office Center
>2800 Zelda Road, Suite 200-3
>Montgomery, Alabama 36106

>/s/ Kimberly O. Fehl
>Of Counsel