IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN P. McQUIRTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-234-MEF |
| ) | |
| CITY OF MONTGOMERY, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File Second Amended Complaint (Doc. #12) filed on July 3, 2007, it is hereby

ORDERED the motion is GRANTED.

DONE this the 10th day of July, 2007.

                                                      /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE