IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GWENDOLYN P. McQUIRTER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:07-cv-234-MEF |
| | ) | |
| CITY OF MONTGOMERY, ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the defendants' Motion for Leave to File Third Party Complaint (Doc. #15) filed on July 16, 2007, it is hereby

ORDERED the plaintiffs show cause in writing on or before July 25, 2007 as to why the motion should not be granted.

DONE this the 17th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE