IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GWENDOLYN P. MCQUIRTER & <br>    CHARLES E. MCQUIRTER, | ) <br> ) <br> ) | |
|    Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) <br> ) | CASE NO. 2:07-cv-00234-MEF-WC |
| CITY OF MONTGOMERY, a <br> municipal corporation, K.C. Bentley <br> and Ron Cook, | ) <br> ) <br> ) <br> ) <br> ) | |
|    Defendants. | | |

CONFLICT DISCLOSURE STATEMENT

     COMES NOW, CITY OF MONTGOMERY, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☑    This party is a governmental entity, or

☐    There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| | |
|---|---|
| 7/18/07 | /s/Kimberly O. Fehl |
| Date | Counsel for: |
| | City of Montgomery |
| | 103 N. Perry St. |
| | Montgomery, Al 36101 |
| | 334-241 -2050 |

## CERTIFICATE OF SERVICE

I hereby certify that foregoing has been served upon the following by electronic filing or by U. S. Mail, postage prepaid on this 18th day of July, 2007:

> Jerry M. Blevins, Esq.
> Law Office of Jerry M. Blevins
> Hillwood Office Center
> 2800 Zelda Road, Suite 200-3
> Montgomery, Alabama 36106

> /s/ Kimberly O. Fehl
> Of Counsel