IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN P. MCQUIRTER & CHARLES E. MCQUIRTER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:07-cv-00234-MEF-WC ) ) |
| CITY OF MONTGOMERY, a municipal corporation, K.C. Bentley and Ron Cook, | ) ) ) ) |
| Defendants. | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Ron Cook, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

None                                       None

_____                            _____
_____                            _____
_____                            _____
_____                            _____

7/18/07                                    /s/Kimberly O. Fehl
Date                                       Counsel for:
                                           Ron Cook
                                           103 N. Perry St.
                                           Montgomery, Al 36101
                                           334-241-2050

## CERTIFICATE OF SERVICE

I hereby certify that foregoing has been served upon the following by electronic filing or by U. S. Mail, postage prepaid on this 18th day of July, 2007:

Jerry M. Blevins, Esq.
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106

/s/ Kimberly O. Fehl
Of Counsel