IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JUL 20 A 9: 37

| | |
|---|---|
| Gwendolyn P. McQuirter, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:07-cv-234-MEF |
| v. ) | |
| City of Montgomery, et al., ) | |
| ) | |
| Defendants, ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Charles E. McQuirter, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                Relationship to Party

_____                  _____

_____                  _____

_____                  _____


7/17/2007
Date

(Signature)
Jerry M. Blevins
(Counsel's Name)

Gwendolyn P. McQuirter & Charles E. McQuirter
Counsel for (print names of all parties)
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
Address, City, State Zip Code
(334) 262-7600 (Voice); (334) 262-7644 (Fax)
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Jerry M. Blevins, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of July 20 07, to:

Kimberly O. Fehl, Esq., Legal Department, City of Montgomery, P.O. Box 1111, Montgomery, Alabama 36101-1111

7/17/2007
Date

Signature