IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN P. MCQUIRTER, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   CASE NO.: 2:07-cv-00234-MEF-WC |
| CITY OF MONTGOMERY, et al., | ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR
LEAVE TO FILE THIRD PARTY COMPLAINT**

**COMES NOW** the Plaintiffs, Gwendolyn & Charles McQuirter, by and through their undersigned counsel, and pursuant to the Court's Order of July 17, 2007, responds to Defendants' Motion for Leave to File Third Party Complaint as follows:

1. Plaintiffs have no opposition to Defendants' motion being granted.

/s/ Jerry M. Blevins
JERRY M BLEVINS (BLE003)
Counsel for Plaintiffs

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

1

CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        Kimberly O. Fehl, Esq.
        Legal Department
        City of Montgomery        .
        P.O. Box 1111
        Montgomery, Alabama 36101-1111

        /s/ Jerry M. Blevins
        Jerry M. Blevins