IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN P. McQUIRTER, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| v.   ) | CASE NO. 2:07-cv-234-MEF |
| ) | |
| CITY OF MONTGOMERY, ALABAMA,   ) | |
| ) | |
| Defendant.   ) | |

# **O R D E R**

Upon consideration of the defendants' Motion for Leave to File Third Party Complaint (Doc. #15) filed on July 16, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 31st day of July, 2007.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE