AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

PLAINTIFF
    GWENDOLYN P. MCQUIRTER,
      CHARLES E. MCQUIRTER,

V. DEFENDANT AND THIRD PARTY PLAINTIFF

    CITY OF MONTGOMERY,
    K.C. BENTLEY and
    RON COOK

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 2:07-cv-234-MEF

V. THIRD PARTY DEFENDANT
    TIFFANY MICHELE RILEY and
    ROOSEVELT PERKINS

To: Name and address of Third Party Defendant

    Tiffany Michele Riley
    846 Corbett Street
    Montgomery, AL  36108

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| JERRY M. BLEVINS<br>LAW OFFICE OF JERRY M. BLEVINS<br>HILLWOOD OFFICE CENTER<br>2800 ZELDA ROAD, SUITE 200-3<br>MONTGOMERY, ALABAMA  36106 | KIMBERLY O. FEHL<br>CITY OF MONTGOMERY<br>POST OFFICE BOX 1111<br>MONTGOMERY, ALABAMA  36101-1111 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK _William C. L___

(By) DEPUTY CLERK

DATE   8/2/07

◈AO 441  (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   *Date*                       *Signature of Server*

                                           _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

PLAINTIFF
GWENDOLYN P. MCQUIRTER,
CHARLES E. MCQUIRTER,

V. DEFENDANT AND THIRD PARTY PLAINTIFF

CITY OF MONTGOMERY,
K.C. BENTLEY and
RON COOK

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 2:07-cv-234-MEF

V. THIRD PARTY DEFENDANT
TIFFANY MICHELE RILEY and
ROOSEVELT PERKINS

To: Name and address of Third Party Defendant

Roosevelt Perkins
3430 Gaston Avenue
Montgomery, AL 36105

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| JERRY M. BLEVINS<br>LAW OFFICE OF JERRY M. BLEVINS<br>HILLWOOD OFFICE CENTER<br>2800 ZELDA ROAD, SUITE 200-3<br>MONTGOMERY, ALABAMA 36106 | KIMBERLY O. FEHL<br>CITY OF MONTGOMERY<br>POST OFFICE BOX 1111<br>MONTGOMERY, ALABAMA 36101-1111 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                      8/2/07

CLERK                                                    DATE

*William C. ____*

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  Date                    *Signature of Server*

                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.