Scanned image of a mailing envelope. Return address: Roosevelt Perkins, 3430 Gaston Avenue, Montgomery, AL 36105. Addressed to: Clerk of the Court, United States District Court, P.O. Box 711, Montgomery, AL 36101-0711. Postage: $05.72 US Postage, Presorted First Class. Received stamp: 2007 AUG 22 A 10:04. Certified mail barcode: 7004 1160 0003 5804 4742.

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

PLAINTIFF
  GWENDOLYN P. MCQUIRTER,
  CHARLES E. MCQUIRTER,

V. DEFENDANT AND THIRD PARTY PLAINTIFF

  CITY OF MONTGOMERY,
  K.C. BENTLEY and
  RON COOK

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 2:07-cv-234-MEF

V. THIRD PARTY DEFENDANT
  TIFFANY MICHELE RILEY and
  ROOSEVELT PERKINS

To: Name and address of Third Party Defendant

Roosevelt Perkins
3430 Gaston Avenue
Montgomery, AL 36105

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| JERRY M. BLEVINS<br>LAW OFFICE OF JERRY M. BLEVINS<br>HILLWOOD OFFICE CENTER<br>2800 ZELDA ROAD, SUITE 200-3<br>MONTGOMERY, ALABAMA 36106 | KIMBERLY O. FEHL<br>CITY OF MONTGOMERY<br>POST OFFICE BOX 1111<br>MONTGOMERY, ALABAMA 36101-1111 |

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              8/2/07

CLERK *William C. ___*                          DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

_____
*Signature of Server*

_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.