■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

)SEVELT PERKINS
MERICAN TIRE DISTRIBUTORS
DAY STREET
TGOMERY, AL 36108

2. 2:07CV234 (alias3rdptysum ~~Jury~~ (cnp))

7004 1160 0003 5804 4827

PS Form 3811, July 1999    Domestic Return Receipt

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
X

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   ☐ Agent
   ☐ Addressee

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-00-M-0952