IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN P. McQUIRTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-234-MEF |
| ) | |
| CITY OF MONTGOMERY, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the defendants' Motion for Summary Judgment (Doc. #33) filed on October 30, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on November 26, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before November 16, 2007. The defendants may file a reply brief on or before November 26, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 31st day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE