IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN P. MCQUIRTER, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No.: 2:07-cv-00234-MEF-WC |
| CITY OF MONTGOMERY, et al., ) ) ) | |
| Defendants. ) | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE and MEDIATION

**COMES NOW** the Plaintiffs, Gwendolyn & Charles McQuirter, by and through their undersigned counsel, and pursuant to Section 3 of the Court's Uniform Scheduling Order dated May 7, 2007 (Doc. 8), say's as follows:

1. That on November 20, 2007, counsel for the parties conducted a face-to-face settlement conference at which counsels engaged in good faith settlement negotiations. However, a settlement was not reached.

2. Counsel for the parties do not believe mediation will assist in resolving the case short of trial at this time.

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Attorney for Plaintiffs

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

1

CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        Kimberly O. Fehl, Esq.
        Legal Department
        City of Montgomery               .
        P.O. Box 1111
        Montgomery, Alabama 36101-1111

                /s/ Jerry M. Blevins
                Jerry M. Blevins