IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN P. McQUIRTER, and<br>CHARLES E. McQUIRTER,<br><br>    plaintiffs,<br><br>v.<br><br>CITY OF MONTGOMERY, K. C. BENTLEY,<br>and RON COOK,<br><br>    Defendants and Third-Party Plaintiffs,<br><br>TIFFANY MICHELE RILEY and<br>ROOSEVELT PERKINS,<br><br>    Defendants. | Civil Action No. 2:07-CV-234-MEF-WC |

## ENTRY OF DEFAULT

It appearing that third-party defendant, Tiffany Michele Riley, was duly served with a copy of the summons and third-party complaint in this action on August 4, 2007, and third-party defendant, Roosevelt Perkins, was duly served with a copy of the summons and third-party complaint in this action on September 6, 2007, and said third-party defendants have failed to answer or otherwise defend this action, as required by law, as set out in the motion filed herein on November 11, 2007, by plaintiff's attorney.

DEFAULT is hereby entered against said third-party defendants, Tiffany Michele Riley and Roosevelt Perkins.

DONE THIS  29th  day of   November  , 2007.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA