IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN P. MCQUIRTER, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO.: 2:07-cv-00234-MEF-WC ) |
| CITY OF MONTGOMERY, et al., | ) ) |
| Defendants. | ) |

**MOTION FOR ORAL ARGUMENTS ON DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

   **COMES NOW** the Plaintiffs, Gwendolyn P. and Charles McQuirter, by and through her undersigned counsel, and respectfully moves the Court for oral arguments on Defendants' pending Motion for Summary Judgment, and as ground therefore say's as follows:

   1. On October 30, 2007, Defendants City of Montgomery, K.C. Bentley and Ron Cook filed their Motion for Summary Judgment in this cause. (Doc. 33).

   2. On November 16, 2007, Plaintiffs filed their Response to Defendants' Motion for Summary Judgment. (Doc. 39).

   3. On November 26, 2007, Defendants filed their Reply to Plaintiff's Response. (Doc. 41).

   4. Defendants' motion was taken under submission by the Court on November 26, 2007. (Doc. 35).

   5. That Plaintiffs request oral arguments on Defendants' summary judgment motion as it relates to the pending claim concerning violation of the Drivers Privacy Protection Act of 1994 ("DPPA"), specifically as it relates to Defendant Cook's release of Plaintiff Gwendolyn McQuirter's drivers license photo to private media outlets. While Plaintiffs have attempted to succinctly set forth their position and arguments in their filings, Plaintiffs believe oral arguments

on this issue will serve to clarify the parties' position on this claim and aid the Court in ruling on Defendants' motion on this issue.

**WHEREFORE** Plaintiffs respectfully request that the Court set this cause for oral arguments on Defendants' Motion for Summary Judgment, specifically on the issue concerning the DPPA as set forth herein, for the reasons as set forth.


/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Counsel for Plaintiffs


OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

>Kimberly O. Fehl, Esq.
>Legal Department
>City of Montgomery          .
>P.O. Box 1111
>Montgomery, Alabama 36101-1111

                                        /s/ Jerry M. Blevins
                                        Jerry M. Blevins