IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN P. McQUIRTER, *et al.*,  )<br>)<br>Plaintiffs,  )<br>v.  )<br>)<br>CITY OF MONTGOMERY, ALABAMA,  )<br>)<br>Defendant.  ) | CASE NO. 2:07-cv-234-MEF |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Oral Argument on Defendant's Motion for Summary Judgment (Doc. #43) filed on December 7, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this 7th day of December, 2007.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE