# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **GWENDOLYN P. MCQUIRTER**, and **CHARLES E. MCQUIRTER**, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| **CITY OF MONTGOMERY**, **K.C. BENTLEY**, and **RON COOK**, | ) ) ) |
| Defendants and Third-Party Plaintiffs, | ) ) |
| v. | ) Case No. **2:07-CV-234-MEF-WC** |
| **TIFFANY MICHELE RILEY**, and **ROOSEVELT PERKINS**, | ) ) ) ) |
| Third-Party Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** Allison H. Highley and files this Notice of Appearance as co-counsel of record for Defendants and Third-Party Plaintiffs: City of Montgomery, K.C. Bentley and Ron Cook.

Respectfully submitted this the 24th day of January, 2008.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Co-Counsel for Defendants,
Third-Party Plaintiffs

OF COUNSEL
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing *Notice of Appearance of Counsel* to the Plaintiffs by hand-delivery, this 24th day of January, 2008:

    Jerry Blevins, Esq.
    2800 Zelda Road, Ste 200-3
    Montgomery, AL  36106

I hereby certify that this 24th day of January, 2008, I have served a copy of the foregoing *Notice of Appearance of Counsel* to the following Third-Party Defendants by U.S. mail, first-class postage prepaid, addressed as follows:

    Tiffany Michelle Riley
    846 Corbett Street
    Montgomery, AL  36108

    Roosevelt Perkins
    c/o American Tire Distributors
    1914 Day Street
    Montgomery, AL  36108

    /s/ Allison H. Highley
    Allison H. Highley (HIG024)