**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                           TELEPHONE (334) 954-3600

```
January 25, 2008
```

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   McQuirter et al v. City of Montgomery, Alabama

Case Number:   2:07cv00234-MEF

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 46   filed on   January 24, 2008.**

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **GWENDOLYN P. MCQUIRTER**, and **CHARLES E. MCQUIRTER**, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| **CITY OF MONTGOMERY**, **K.C. BENTLEY**, and **RON COOK**, | ) ) ) |
| Defendants and Third-Party Plaintiffs, | ) ) |
| v. | ) Case No. **2:07-CV-234-MEF-WC** |
| **TIFFANY MICHELE RILEY**, and **ROOSEVELT PERKINS**, | ) ) ) ) |
| Third-Party Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** Allison H. Highley and files this Notice of Appearance as co-counsel of record for Defendants and Third-Party Plaintiffs: City of Montgomery, K.C. Bentley and Ron Cook.

Respectfully submitted this the 24th day of January, 2008.

                                                 /s/ Allison H. Highley
                                                 Allison H. Highley (HIG024)
                                                 Co-Counsel for Defendants,
                                                 Third-Party Plaintiffs

OF COUNSEL
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing *Notice of Appearance of Counsel* to the Plaintiffs by hand-delivery, this 24th day of January, 2008:

   Jerry Blevins, Esq.
   2800 Zelda Road, Ste 200-3
   Montgomery, AL  36106

I hereby certify that this 24th day of January, 2008, I have served a copy of the foregoing *Notice of Appearance of Counsel* to the following Third-Party Defendants by U.S. mail, first-class postage prepaid, addressed as follows:

   Tiffany Michelle Riley
   846 Corbett Street
   Montgomery, AL  36108

   Roosevelt Perkins
   c/o American Tire Distributors
   1914 Day Street
   Montgomery, AL  36108

                              /s/ Allison H. Highley
                              Allison H. Highley (HIG024)